IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


UNITED STATES OF AMERICA                                             RESPONDENT


v.                                    Case No. 6:15-cr-60011
                                      Case No. 6:17-cv-6030

JACOB SPURLIN                                                           MOVANT

## ORDER

Before the Court is the Report and Recommendation filed September 25, 2017, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 59. Judge Bryant recommends that Movant Jacob Spurlin's Motion Vacate, Set Aside,

or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 52) and supplemental motion (ECF No.

54) be denied. No party has filed objections to the Report and Recommendation, and the time to

object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and

Recommendation *in toto.* Accordingly, Spurlin's Motion Vacate, Set Aside, or Correct Sentence

Pursuant to U.S.C. § 2255 (ECF No. 52) and supplemental motion (ECF No. 54) is **DENIED**.

**IT IS SO ORDERED**, this 19th day of October, 2017.


                                                    /s/ Susan O. Hickey
                                                    Susan O. Hickey
                                                    United States District Judge